IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

RICKO HANKINS,                                          *

                Plaintiff,                     *

v.                                                             Case No.  5:22-CV-00072-MTT

                                         *

UNITED STATES FIRE INSURANCE
COMPANY,                                                *

                Defendant.                 *

## D E F A U L T   J U D G M E N T

Pursuant to this Court's Order dated August 5, 2022 and for the reasons stated therein,

JUDGMENT is hereby entered in favor of Plaintiff in the amount of $427,833.22. The amount

shall accrue interest from the date of entry of judgment at the rate of 3.01 % per annum until

paid in full. Plaintiff shall also receive $2,141.78 per month in disability benefits until reaching

the age of 70.  Plaintiff shall also recover costs of this action.

This 5th day of August, 2022.


David W. Bunt, Clerk


s/ Vanessa Siaca, Deputy Clerk